> In light of the parties' settlement of this matter and Defendant's withdrawal of its summary-judgment motion, all deadlines in this matter are ADJOURNED sine die.
>
> The Clerk of Court is respectfully directed to terminate the pending motion at Doc. 18.
>
> **SO ORDERED:** 05/20/2025
>
> */s/ Vernon Broderick*
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *2716 West 15th LLC d/b/a 2716 W 15th Street v. Westchester Surplus Lines Insurance Company*
           Docket No.: 1:24-cv-01858-VSB

Dear Judge Broderick:

    We are counsel to the Defendant Westchester Surplus Lines Insurance Company ("Westchester") in the above-captioned action. We are writing to advise the Court that the parties have reached a settlement of this matter and the settlement papers have been executed and were delivered to Westchester today. As such, Westchester respectfully notifies Your Honor that it is withdrawing its motion for summary judgment to dismiss the Plaintiff's Complaint (Doc. Nos. 18-23). Westchester will prepare and file any additional papers the Court may require in order to effectuate this withdrawal. The parties expect that the Stipulation of Dismissal with Prejudice will be filed on or before June 20, 2025.

    Respectfully submitted,

*s/s Jonathan S. Chernow*
Jonathan S. Chernow, Esq.
*Attorneys for Defendant Westchester Surplus Lines Insurance Company*
59 Maiden Lane, 39th Floor
New York, New York 10038
T : (212) 972-1000
jchernow@londonfischer.com